```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )   2:09-CV-02223-FCD-JFM
                                    )
12            Plaintiff,            )
                                    )
13       v.                         )
                                    )   APPLICATION AND ORDER
14  APPROXIMATELY $26,851.00 IN U.S.)   FOR PUBLICATION
    CURRENCY,                       )
15                                  )
    APPROXIMATELY $70,700.00 IN U.S.)
16  CURRENCY,                       )
                                    )
17  21 ONE-OUNCE GOLD COINS AND 28  )
    ONE-OUNCE SILVER COINS VALUED AT)
18  APPROXIMATELY $19,236.00,       )
                                    )
19  ASSORTED SILVER U.S. COINS VALUED)
    AT APPROXIMATELY $15,111.25,    )
20                                  )
    2006 DUCATI SS 1000 MOTORCYCLE, )
21  VIN: ZDM1LABP36B005402, LICENSE )
    NUMBER 18B5880,                 )
22                                  )
    1968 CHEVROLET CAMARO RALLY SPORT,)
23  VIN: 123678N433442, LICENSE NUMBER)
    6DEB840, and                    )
24                                  )
    1989 CUSTOM HARLEY DAVIDSON     )
25  SCREAMING EAGLE MOTORCYCLE, VIN:)
    1HD1BKL38KY011508, LICENSE NUMBER)
26  18A1847,                        )
                                    )
27            Defendants.           )
                                    )
28  _____)
```

1  The United States of America, Plaintiff herein, applies for an order of publication as follows:

2. 1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

3. 2. Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

4. 3. The defendant Approximately $26,851.00 in U.S. Currency was seized in Butte County, the defendant Approximately $70,700.00 in U.S. Currency, 21 One-Ounce Gold Coins and 28 One-Ounce Silver coins valued at approximately $19,236.00, Assorted Silver U.S. Coins valued at approximately $15,111.25, 2006 Ducati SS 1000 Motorcycle, and 1968 Chevrolet Camaro Rally Sport were seized in the city of Oroville, in Butte County, California. The defendant 1989 Custom Harley Davidson Screaming Eagle Motorcycle was seized in city of Durham, in Butte County, California. The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant properties on May 11, 18, and 25, 2009, in *The Wall Street Journal*.

5. 4. Plaintiff proposes that publication be made as follows:
   a. One publication;
   b. Thirty (30) consecutive days;
   c. On the official internet government forfeiture site www.forfeiture.gov;

Application and Order for Publication

2

1            d.   The publication is to include the following:
2                 (1)  The Court and case number of the action;
3                 (2)  The date of the seizure/posting;
4                 (3)  The identity and/or description of the
5     property seized/posted;
6                 (4)  The name and address of the attorney for the
7     Plaintiff;
8                 (5)  A statement that claims of persons entitled
9     to possession or claiming an interest pursuant to Supplemental
10    Rule G(5) must be filed with the Court and served on the attorney
11    for the Plaintiff no later than 60 days after the first day of
12    publication on the official internet government forfeiture site;
13    and
14                (6)  A statement that answers to the Complaint or
15    a motion under Rule 12 of the Federal Rules of Civil Procedure
16    ("Fed. R. Civ. P.") must be filed and served within 20 days after
17    the filing of the claims and, in the absence thereof, default may
18    be entered and condemnation ordered.
19    Dated: August 11, 2009        LAWRENCE G. BROWN
                                    United States Attorney

                                     /s/ Kristin S. Door
                                    KRISTIN S. DOOR
                                    Assistant United States Attorney

**ORDER**

      IT IS SO ORDERED.
Dated: August 12, 2009

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE

Application and Order for Publication

3