


1  LAWRENCE G. BROWN
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6

7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              )  2:09-CV-02223-FCD-JFM
12 |                                        )
   |         Plaintiff,                     )  ORDER REGARDING CLERK'S
13 |                                        )  ISSUANCE OF WARRANT FOR
   |    v.                                  )  ARREST OF ARTICLES *IN REM*
14 |                                        )
   | APPROXIMATELY $26,851.00 IN U.S.       )
15 | CURRENCY,                              )
   |                                        )
16 | APPROXIMATELY $70,700.00 IN U.S.       )
   | CURRENCY,                              )
17 |                                        )
   | 21 ONE-OUNCE GOLD COINS AND 28         )
18 | ONE-OUNCE SILVER COINS VALUED AT       )
   | APPROXIMATELY $19,236.00,              )
19 |                                        )
   | ASSORTED SILVER U.S. COINS VALUED      )
20 | AT APPROXIMATELY $15,111.25,           )
   |                                        )
21 | 2006 DUCATI SS 1000 MOTORCYCLE,        )
   | VIN: ZDM1LABP36B005402, LICENSE        )
22 | NUMBER 18B5880,                        )
   |                                        )
23 | 1968 CHEVROLET CAMARO RALLY SPORT,     )
   | VIN: 123678N433442, LICENSE NUMBER     )
24 | 6DEB840, and                           )
   |                                        )
25 | 1989 CUSTOM HARLEY DAVIDSON            )
   | SCREAMING EAGLE MOTORCYCLE, VIN:       )
26 | 1HD1BKL38KY011508, LICENSE NUMBER      )
   | 18A1847,                               )
27 |                                        )
   |         Defendants.                    )
28 |_____)

1  WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been
2  filed on August 11, 2009, in the United States District Court for
3  the Eastern District of California, alleging that the defendants
4  described as Approximately $26,851.00 in U.S. Currency,
5  Approximately $70,700.00 in U.S. Currency, 21 One-Ounce Gold
6  Coins and 28 One-Ounce Silver coins valued at approximately
7  $19,236.00, Assorted Silver U.S. Coins valued at approximately
8  $15,111.25, a 2006 Ducati SS 1000 Motorcycle, VIN:
9  ZDM1LABP36B005402, License Number 18B5880, a 1968 Chevrolet
10 Camaro Rally Sport, VIN: 123678N433442, License Number 6DEB840,
11 and a 1989 Custom Harley Davidson Screaming Eagle Motorcycle,
12 VIN: 1HD1BKL38KY011508, License Number 18A1847, (collectively,
13 "defendant properties"), are subject to forfeiture to the United
14 States pursuant to 21 U.S.C. § 881(a)(6) and/or 21 U.S.C. §
15 881(a)(4) for one or more violations of 21 U.S.C. § 841 *et seq.*;
16     And, the Court being satisfied that, based on the Verified
17 Complaint for Forfeiture *In Rem* and the affidavit of Drug
18 Enforcement Administration, Task Force Agent, Larren R. Nelson,
19 there is probable cause to believe that the defendant properties
20 so described constitute properties that are subject to forfeiture
21 for such violation(s), and that grounds for the issuance of a
22 Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule
23 G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime
24 Claims and Asset Forfeiture Actions;
25 ///
26 ///
27 ///
28 ///

1  IT IS HEREBY ORDERED that the Clerk for the United States
2  District Court, Eastern District of California, shall issue a
3  Warrant for Arrest of Articles *In Rem* for the defendant
4  properties.
5  Dated: 8/17/09

*[signature]*

DALE A. DROZD
United States Magistrate Judge