Robert W. MacKenzie / California State Bar Number 131653
1395 Ridgewood Drive #300
Chico, CA 95973
Tel: (530) 895-9902
Fax: (530) 566-9203
rwm@mackenzielandlaw.com
Attorney for Claimants Charles and Mercy Weaver

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br><br>APPROXIMATELY $26,851.00 IN U.S. CURRENCY, ET AL.<br><br>    Defendants. | Case No. 2:09-cv-02223-FCD-JFM<br><br>**STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO FILE AN AMENDED STATEMENT OF INTEREST, ANSWERS TO COMPLAINT FOR FORFEITURE *IN REM* AND MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM ON BEHALF OF MINORS** |

WHEREAS, this action was filed by plaintiffs on August 11, 2009; and

WHEREAS, Claimants counsel filed a Verified Statement of Interest on September 21, 2009, on behalf of Claimants, two testamentary trusts, and Claimants' minor children, Wyatt Weaver and Kya Weaver; and

WHEREAS, Plaintiffs' counsel, the United States Attorney for the Eastern District of California, notified Claimants' counsel on September 25, 2009, that Under Local Rule 17-202 there are special requirements regarding minors and incompetents, such that a guardian ad litem must be appointed to represent minors via either state or federal law, in order for the Claimants' minor children to file a claim and defend this action; and

STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO FILE VARIOUS RESPONSIVE PLEADINGS

1

WHEREAS, Plaintiffs' counsel requested on September 25, 2009 that Claimants' counsel file with this court either proof of a state court appointment of a guardian ad litem representing the Claimants' minor children, or, in the alternative, file a motion requesting that this court appoint a guardian ad litem to represent Claimants' minor children, not later than October 9, 2009; and

WHEREAS, subsequent to filing Claimants' Verified Statement of Interest on September 21, 2009, Claimants' counsel was informed by Drug Enforcement Administration (DEA) staff, that the DEA would voluntarily return the monies seized from four bank accounts, which is the subject of Paragraph 9 of the Verified Statement of Interest filed on September 21, 2009, which information necessitates an amendment to Claimants' Verified Statement of Interest; and

WHEREAS, Claimants' counsel presently lacks and is actively seeking information regarding Chas Acres testamentary trust, which information may necessitate an amendment to the Claimants' Verified Statement of Interest, on behalf of the trust; and

WHEREAS, in the absence of a stipulation between the parties, Claimants' Answer is required to be filed on October 9, 2009, Pursuant to Rule 12 of Federal Rules of Civil Procedure; and

WHEREAS, in the absence of a stipulation between the parties, an answer is required to be filed on behalf of the Chas Acres testamentary trust, on October 9, 2009, Pursuant to Rule 12 of Federal Rules of Civil Procedure; and

WHEREAS, claimants counsel has ascertained that Claimants' minor children have not been appointed a guardian ad litem pursuant to any state law procedure; and

WHEREAS, Plaintiffs' counsel has graciously agreed to an extension of two weeks, running from October 9, 2009, in which Claimants' counsel may file with this Court an amended statement of interest and an answer on behalf of Claimants, an amended statement of interest and an answer on behalf of the Chas Acres testamentary trust, and a motion requesting that this court appoint a guardian ad litem to represent Claimants' minor children.

STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO FILE VARIOUS RESPONSIVE PLEADINGS

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:**

1. Pursuant to this stipulation, the parties shall extend for an additional two weeks, until October 23, 2009, the period within which Claimants' counsel may file with this Court an amended statement of interest and an answer on behalf of Claimants, an amended statement of interest and an answer on behalf of the Chas Acres testamentary trust, and a motion requesting that this court appoint a guardian ad litem to represent Claimants' minor children, Wyatt Weaver and Kya Weaver.

2. This stipulation may be executed by facsimile, scanned or original signatures, and may be executed in counterpart. Subsequent to execution by the parties, Claimants shall file the fully executed stipulation with the Court and serve copies on Plaintiffs.

**IT IS SO STIPULATED.**

Dated: October 9, 2009                                          MACKENZIE LAND LAW

                                                                By:   __/s/_____
                                                                   ROBERT W. MACKENZIE
                                                                Attorney for Charles Eugene Weaver
                                                                and Mercy Weaver

Dated: October 8, 2009                                          LAWRENCE G. BROWN
                                                                United States Attorney

                                                                By:   _/s/_____
                                                                   KRISTIN S. DOOR
                                                                   Assistant U.S. Attorney

IT IS SO ORDERED:

Date:   October 15, 2009
                                                                _____
                                                                FRANK C. DAMRELL, JR.
                                                                UNITED STATES DISTRICT JUDGE

STIPULATION FOR EXTENSION OF TIME WITHIN WHICH TO FILE VARIOUS RESPONSIVE PLEADINGS