```
 1  LAWRENCE G. BROWN
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,         )   2:09-cv-02223 FCD JFM
                                      )
12           Plaintiff,               )   STIPULATION AND ORDER FOR
                                      )   EXTENSION OF TIME TO
13      v.                            )   FILE JOINT STATUS REPORT
                                      )
14  APPROXIMATELY $26,851.00 IN U.S.  )
    CURRENCY,                         )
15                                    )   DATE:  N/A
    APPROXIMATELY $70,700.00 IN U.S.  )   TIME:  N/A
16  CURRENCY,                         )   COURTROOM: N/A
                                      )
17  21 ONE-OUNCE GOLD COINS AND 28    )
    ONE-OUNCE SILVER COINS VALUED AT  )
18  APPROXIMATELY $19,236.00,         )
                                      )
19  ASSORTED SILVER U.S. COINS VALUED )
    AT APPROXIMATELY $15,111.25,      )
20                                    )
    2006 DUCATI SS 1000 MOTORCYCLE,   )
21  VIN: ZDM1LABP36B005402, LICENSE   )
    NUMBER 18B5880,                   )
22                                    )
    1968 CHEVROLET CAMARO RALLY SPORT,)
23  VIN: 123678N433442, LICENSE NUMBER)
    6DEB840, and                      )
24                                    )
    1989 CUSTOM HARLEY DAVIDSON       )
25  SCREAMING EAGLE MOTORCYCLE, VIN:  )
    1HD1BKL38KY011508, LICENSE NUMBER )
26  18A1847,                          )
                                      )
27           Defendants.              )

28       Plaintiff United States of America and claimants Charles and
```

1

1 Mercy Weaver, hereby stipulate that there is good cause to continue
2 the filing of a joint status report for 30 days from October 20, 2009,
3 to November 19, 2009.  This stipulation is based on the following:
4       1.   Plaintiff filed a Complaint for Forfeiture In Rem against
5 cash, coins, a classic car (1969 Camaro), and a Harley-Davidson
6 motorcycle.  These assets were seized from four different locations.
7       2.   To date claims have been filed by Charles and Mercy Weaver,
8 on their own behalf and on behalf of their minor children.  Pursuant
9 to a stipulation between the parties, this Court entered an order on
10 October 15, 2009, giving claimants until October 23, 2009, additional
11 time to file an amended claim and answer on behalf of claimants, on
12 behalf of the Chas Acres testamentary trust, and to file a motion for
13 appointment of a guardian ad litem for the minors.
14       3.   Due to a legal issue as to the ownership of certain of the
15 assets, the minor children may be deleted as claimants in this action,
16 thus eliminating the need for the appointment of a guardian ad litem.
17 Claimant's counsel is also attempting to determine who has the
18 authority to file a claim on behalf of the Chas Acres Testamentary
19 Trust.
20       4.   The parties respectfully request that the time for filing
21 the joint status report now due on October 20, 2009, be extended by
22 30 days to November 19, 2009, because it is premature to try to
23 schedule this case before all those with potential claims have filed
24 claims. A 30-day extension will allow claimant's counsel to determine
25 who all is entitled to file claims in this action and then to file
26 claims and answers on their behalf.
27 ///
28 ///

```
Dated: Oct. 19, 2009            LAWRENCE G. BROWN
                                United States Attorney


                        By      /s Kristin S. Door
                                KRISTIN S. DOOR
                                Assistant U.S. Attorney
                                Attorneys for plaintiff United
                                States of America



Dated: Oct. 19, 2009            MACKENZIE LAND LAW


                        By      /s/ Robert W. Mackenzie
                                ROBERT W. MACKENZIE
                                Attorney for Charles Eugene
                                Weaver and Mercy Weaver

                                (Original signatures retained by AUSA
                                Door)
```

**ORDER**

Good cause having been shown, the joint status report now due on October 20, 2009, shall be filed on November 19, 2009.

IT IS SO ORDERED.

Dated: October 20, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE